## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

KENTRELL JAMES #549213                    CASE NO. 23-cv-724 SEC P

-vs-                                                      JUDGE DRELL

BRENT THOMPSON ET AL          MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 40), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 38) is GRANTED and the Complaint is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this __15 day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT